*E-Filed 6/28/10*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| DANIEL T. LUCERO, | No. C 10-2128 RS (PR) |
| Petitioner, | **ORDER OF DISMISSAL** |
| v. | |
| MIKE MCDONALD, et al., | |
| Respondents. | |

This is a federal habeas corpus action filed by a *pro se* state prisoner pursuant to 28 U.S.C. § 2254. Petitioner was ordered to file a complete application to proceed *in forma pauperis* ("IFP"), or pay the filing fee of $5.00, by June 18, 2010, or face dismissal of the action. Petitioner has not paid the filing fee, nor has petitioner filed a complete IFP application. The application is incomplete because petitioner has not submitted a prison trust account statement showing transactions for the last six months, nor has he submitted a certificate of funds signed by an authorized prison officer. Accordingly, the action is DISMISSED without prejudice to petitioner filing a complete IFP application, or paying the filing fee. Petitioner's motion to proceed IFP (Docket No. 3) is DENIED.

This order terminates Docket No. 3.

The Clerk shall enter judgment in favor of respondents, terminate the pending motion, and close the file.

**IT IS SO ORDERED**.

DATED: June 28, 2010

RICHARD SEEBORG
United States District Judge

No. C 10-2128 RS (PR)
ORDER OF DISMISSAL